IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 25-CR-2068 |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | |
| JOHN FITZGERALD BENNETT, | ) | **Count 1**<br>18 U.S.C. § 2113(b)<br>Attempted Credit Union Larceny |
| Defendant. | ) | **Count 2**<br>18 U.S.C. § 2113(b)<br>Credit Union Larceny |

The Grand Jury charges:

**Count 1**
**Attempted Credit Union Larceny**

On or about May 3, 2025, in the Northern District of Iowa, defendant JOHN BENNETT did knowingly attempt to take and carry away with the intent to steal and purloin, money exceeding $1,000 belonging to and in the care, custody, control, management, and possession of Credit Union 1, located in Cedar Falls, Iowa, a credit union whose deposits were then insured by the National Credit Union Administration Board.

This was in violation of Title 18, United States Code, Section 2113(b).

## Count 2
**Credit Union Larceny**

On or about May 3, 2025, in the Northern District of Iowa, defendant JOHN BENNETT did knowingly take and carry away with the intent to steal and purloin, money exceeding $1,000 belonging to and in the care, custody, control, management, and possession of Credit Union 2, located in Cedar Falls, Iowa, a credit union whose deposits were then insured by the National Credit Union Administration Board.

This was in violation of Title 18, United States Code, Section 2113(b).

LEIF OLSON
United States Attorney

By:

DEVRA T. HAKE
Assistant United States Attorney

A TRUE BILL

[redacted] 11/18/2025

Grand Jury Foreperson Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 11/19/2025.
PAUL DE YOUNG, CLERK