IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FITZGERALD BENNETT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 25-CR-2068 |

**GOVERNMENT'S SENTENCING MEMORANDUM**

In advance of the sentencing hearing scheduled on November 5, 2026, at 3 p.m., the government submits the following sentencing memorandum.

**A. GOVERNMENT WITNESSES**

None.

**B. GOVERNMENT EXHIBITS**

None.

**C. SENTENCING ISSUES**

The parties have conferred and there are no contested issues. The government anticipates that defendant will withdraw his objection relating to the replacement costs of the ITM and ATM and the corresponding restitution amount, documented at paragraphs 8, 9, and 138 of the Presentence Investigation Report, filed at Docket 33.

Respectfully submitted,

LEIF OLSON
United States Attorney

By: */s/ Devra T. Hake*

DEVRA T. HAKE
Assistant United States Attorney
111 Seventh Avenue SE, Box 1
Cedar Rapids, Iowa 52401
(319) 363-6333 / (319) 363-1990 (fax)
Devra.Hake@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ MAM